UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-cv-00209-D

| | | |
|---|---|---|
| SMITKUMAR PURUSHOTTAM KANERIA, DEVKUMAR KANERIA, VISHVKUMAR RAMESHBAI KANERIA, and YASH GHANSHYAM MARADIA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| SARAH KENDALL, Director of the Immigrant Investor Program Office, United States Citizenship and Immigration Services, in her official capacity, et. al., | ) ) ) ) ) ) | |
| Defendants | ) | |

UPON CONSIDERATION OF the parties' Third Joint Motion for Stay and Extension of Responsive Pleading Deadline for 120 days, up to and including June 8, 2021, and the entire record,

IT IS HEREBY ORDERED on this __17__ day of January, 2021, that the parties' Third Joint Motion is GRANTED;

IT IS FURTHER ORDERED that Defendants shall have up to and including June 8, 2021 in which to file a responsive pleading. The parties shall file a status update on or before June 1, 2021.

SO ORDERED. This 17 day of January 2021.

                                                                  */s/ James C. Dever*
                                                                  JAMES C. DEVER III
                                                                  United States District Judge