UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-cv-00209-D

| | |
|---|---|
| SMITKUMAR PURUSHOTTAM KANERIA, DEVKUMAR KANERIA, VISHVKUMAR RAMESHBAI KANERIA, and YASH GHANSHYAM MARADIA, <br><br> Plaintiffs, <br><br> v. <br><br> SARAH KENDALL, Director of the Immigrant Investor Program Office, United States Citizenship and Immigration Services, in her official capacity, et. al., <br><br> Defendants | **ORDER** |

UPON CONSIDERATION OF the parties' Fifth Joint Motion for Stay and Extension of Responsive Pleading Deadline for 93 days, up to and including January 7, 2022, and the entire record,

IT IS HEREBY ORDERED on this __4th__ day of October, 2021, that the parties' Fifth Joint Motion is GRANTED;

IT IS FURTHER ORDERED that Defendants shall have up to and including January 7, 2022 in which to file a responsive pleading. The parties shall file a status update on or before January 5, 2022.

SO ORDERED. This 4 day of October, 2021.

*/s/ J. Dever*
JAMES C. DEVER III
United States District Judge

2