| | |
|---|---|
| SMITKUMAR PURUSHOTTAM KANERIA, DEVKUMAR KANERIA, VISHVKUMAR RAMESHBAI KANERIA, and YASH GHANSHYAM MARADIA, <br><br> Plaintiffs, <br><br> v. <br><br> SARAH KENDALL, Director of the Immigrant Investor Program Office, United States Citizenship and Immigration Services, in her official capacity, et. al., <br><br> Defendants | **ORDER** |

UPON CONSIDERATION OF the parties' Sixth Joint Motion for Stay and Extension of Responsive Pleading Deadline for 60 days, up to and including March 7, 2022, and the entire record,

IT IS HEREBY ORDERED on this __13__ day of January, 2022, that the parties' Sixth Joint Motion is GRANTED;

IT IS FURTHER ORDERED that Defendants shall have up to and including March 7, 2022 in which to file a responsive pleading. The parties shall file a status update on or before March 5, 2022.

SO ORDERED. This 13 day of January 2022.

*signature*
JAMES C. DEVER III
United States District Judge

2